[No. 22259-1-II.    Division Two.    April 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. NICOLAS ARTHUR VACCA, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 97-1-00586-1, Christine A. Pomeroy, J., entered August 7, 1997. *Reversed* by unpublished opinion per Armstrong, A.C.J., concurred in by Houghton and Hunt, JJ.

[No. 22348-1-II.    Division Two.    April 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DEREK K. BLANKS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-02068-1, Terry D. Sebring, J., entered July 31, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Hunt, J.

[No. 22359-7-II.    Division Two.    April 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY LEROY RAMSEYER, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-00166-8, Roger A. Bennett, J., entered August 11, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Bridgewater, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 22513-1-II.    Division Two.    April 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND GROTHEN, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-1-00500-8, James E. Warme, J., entered October 10, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Hunt, JJ.